466 A.2d 722

Commonwealth v. Kimmel, Appellant.

Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Submitted April 13, 1983.   Kevin John Kelleher, for appellant;   Anthony S. Blasco, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Order affirmed.

466 A.2d 723

Commonwealth v. Koons, Appellant.

Submitted March 22, 1983.   Jeffrey M. Cook, Assistant Public Defender, for appellant;   William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.